In the Matter of VICTOR ALTHEUS DEPONCEAU, Appellant, v STATE OF NEW YORK, Respondent.

Decided November 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct

involvement of a substantial constitutional question (*see* CPLR 5601).